

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00072-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1365684D) |
| V. | § | May 12, 2022 |
| | § | Memorandum Opinion by Justice Kerr |
| ALBERTO LONGORIA, Appellee | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's orders. It is ordered that the trial court's orders granting Appellee Alberto Longoria's new-trial motion and extending Longoria's community supervision and amending its terms are reversed, and this case is remanded to the trial court to reinstate the adjudication judgment and sentence.

It is further ordered that the State of Texas shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Elizabeth Kerr
Justice Elizabeth Kerr